UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-CR-10168-PBS |
| ) | |
| v. ) | **VIOLATIONS:** |
| ) | |
| (1) ADAM ELLARD ) | 21 U.S.C. § 846 - |
| (2) WILLIE HESTER ) | Conspiracy to Possess with Intent |
| (3) TAVON ROBINSON ) | to Distribute, and to Distribute, |
| (4) STEVEN TUCKER ) | Cocaine |
| ) | |
| Defendants. ) | 21 U.S.C. § 841(a)(1)- |
| ) | Possession With Intent To |
| ) | Distribute and Distribution of |
| ) | Cocaine Base |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) - |
| ) | Possession With Intent To |
| ) | Distribute and Distribution of |
| ) | Cocaine |
| ) | |
| ) | 18 U.S.C. § 2 - |
| ) | Aiding and Abetting |
| ) | |
| ) | 18 U.S.C. § 922(g)(1) - |
| ) | Felon in Possession of a Firearm |
| ) | |
| ) | 18 U.S.C. § 924(c)(1) - Possession |
| ) | of a Firearm in Furtherance of |
| ) | a Drug Trafficking Offense |
| ) | |
| ) | 21 U.S.C. § 853 - |
| ) | Criminal Forfeiture Allegation |

## SUPERSEDING INDICTMENT

**COUNT ONE:**      **(21 U.S.C. § 846 - Conspiracy to Possess with
                    Intent to Distribute and to Distribute Cocaine)**

The Grand Jury charges that:

In or about April 2004, at Boston and elsewhere in the
District of Massachusetts,

**1. ADAM ELLARD,**

**2. WILLIE HESTER,**
**3. TAVON ROBINSON, and**
**4. STEVEN TUCKER,**

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other, and with other

persons unknown to the Grand Jury, to distribute and to possess

with intent to distribute cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

All in violation of Title 21, United States Code, Section

846.

**COUNT TWO**:        **(21 U.S.C. §841(a)(1)- Possession with Intent to Distribute and Distribution of Cocaine Base)**

The Grand Jury further charges that:

On or about March 9, 2004, at Boston, in the District of Massachusetts,

### 1. ADAM ELLARD,

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine base, commonly known as "crack" cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the offense described herein involved 5 grams or more of a mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**:    **(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute and Distribution of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

1. **ADAM ELLARD**,
2. **WILLIE HESTER**,
3. **TAVON ROBINSON**, and
4. **STEVEN TUCKER**,

defendants herein, did knowingly and intentionally distribute and possess with intent to distribute cocaine, a schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-4-

**COUNT FOUR**:     **(18 U.S.C. § 922(g)(1) - Felon in Possession of**
                    **Firearms)**

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

### 3. TAVON ROBINSON,

defendant herein, did knowingly and intentionally possess firearms, to wit: (1)a Ruger P89, nine-millimeter semi-automatic pistol bearing serial number 315-10946 and (2) a Lorcin nine-millimeter semi-automatic pistol bearing serial number L105037, in and affecting foreign and interstate commerce, after having been convicted in a court of a crime punishable by a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FIVE**:    **(18 U.S.C. § 924(c)(1)(A) - Possession of a Firearm In Furtherance of a Drug Trafficking Offense)**

The Grand Jury further charges that:

On or about April 12, 2004, at Boston, in the District of Massachusetts,

### 3. TAVON ROBINSON,

defendant herein, did knowingly and intentionally possess firearms, to wit: (1)a Ruger P89, nine-millimeter semi-automatic pistol bearing serial number 315-10946 and (2) a Lorcin nine-millimeter semi-automatic pistol bearing serial number L105037, in furtherance of drug trafficking crimes, to wit: the offenses alleged in Counts One and Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

**FORFEITURE ALLEGATION:**    **(21 U.S.C. § 853)**

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 through 3 of this Indictment,

> **1. ADAM ELLARD,**
> **2. WILLIE HESTER,**
> **3. TAVON ROBINSON, and**
> **4. STEVEN TUCKER,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants —

> (a)    cannot be located upon the exercise of due diligence;
>
> (b)    has been transferred or sold to, or deposited with, a third party;
>
> (c)    has been placed beyond the jurisdiction of the Court;
>
> (d)    has been substantially diminished in value; or
>
> (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The grand Jury further finds:

1.    As to the offenses charged in Counts One through Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Adam Ellard is accountable for a quantity of cocaine base ("crack") and cocaine that, when converted to marijuana as provided by USSG § 2D1.1 (drug equivalency table), is equivalent to at least 100 kilograms of marijuana but less than 400 kilograms of marijuana.  Accordingly, USSG § 2D1.1(c)(7) applies to this defendant.

2.    The defendant ADAM ELLARD, at the time of the offenses charged in this indictment, was a career offender.  Accordingly, USSG §2D1.1 applies to this defendant.

3.    As to the offenses charged in Counts One and Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Willie Hester is accountable for at least 25 grams but less than 50 grams of cocaine Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

4.    As to the offenses charged in Counts One and Three in this Indictment, the defendant Willie Hester was an organizer, leader, manager, and supervisor of a criminal activity that involved five or more participants and was otherwise extensive. Accordingly, USSG §3B1.1(a) applies to this defendant.

5.    As to the offenses charged in Counts One and Three

-9-

of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Tavon Robinson is accountable for at least 25 grams but less than 50 grams of cocaine. Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

6. As to the offenses charged in Counts One and Three of this Indictment and relevant conduct as described in U.S.S.G. §1B1.3, the defendant Steven Tucker is accountable for at least 25 grams but less than 50 grams of cocaine. Accordingly, USSG § 2D1.1(c)(13) applies to this defendant.

TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
Assistant U.S. Attorney


　　　DISTRICT OF MASSACHUSETTS; December ___, 2004.

　　　Returned into the District Court by the Grand Jurors and

filed.

_____
DEPUTY CLERK  12/16/04
　　　　　　　　　　 at 3:55 PM

-11-

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __II____    Investigating Agency __DEA____

City __Boston_____    **Related Case Information:**

County __Suffolk_____    Superseding Ind./ Inf. __X_____    Case No. __04-CR-10168 PBS__
                               Same Defendant __X_____    New Defendant _____
                               Magistrate Judge Case Number __04-817-MBB_____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Tavon Robinson_____    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __150 Staniford Street, Boston, MA_____

Birth date (Year only): __1979__ SSN (last 4 #): __9049__ Sex __M__ Race: __Black_____ Nationality: __USA_____

**Defense Counsel if known:** __Roger Cox, Esquire_____    Address: __30 Main Street, Suite 9__
                                                                      __Ashland, MA__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Michael J. Pelgro; David G. Tobin_____    Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No        List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

        ☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __April 12, 2004_____

☒ Already in Federal Custody as __April 13, 2004_____ in __USMS_____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __4 counts_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: _Dec. 16, 2004_    Signature of AUSA: _David G. Tobin_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    Tavon Robinson** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2 | 21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | 18/922(g)(1) | Felon In Possession Of Firearms | Four |
| Set 4 | 18/924(c)(1) | Possession/Firearms/Furtherance/Drug/Traffick | Five |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

robinson.js45.form.wpd - 1/15/04 (USAO-MA)

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _II_    **Investigating Agency** _DEA_

**City** _Boston_    **Related Case Information:**

**County** _Suffolk_    Superseding Ind./ Inf. __X__    Case No. _04-CR-10168 PBS_
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number    _04-817-MBB_
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name _Willie Hester_    Juvenile    ☐ Yes    ☒ No

Alias Name _"Little Willie Hester"_

Address _151 Broadway, Everett, MA_

Birth date (Year only): _1984_ SSN (last 4 #): _0718_ Sex _M_ Race: _Black_ Nationality: _USA_

**Defense Counsel if known:** _Syrie Fried, Esquire_    Address: **Federal Defender Office**
                                                          **Boston, MA**

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _Michael J. Pelgro; David G. Tobin_    Bar Number if applicable _____

Interpreter:    ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

Arrest Date:    _April 12, 2004_

☒ Already in Federal Custody as _April 13, 2004_    in    _USMS_    .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    _2 counts_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: _Dec 16, 2004_    Signature of AUSA: _David G. Tobin_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Willie Hester _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2  21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

hester.js45.form.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**             **Category No.** II            **Investigating Agency** DEA

**City**   Boston                 **Related Case Information:**

**County**   Suffolk             Superseding Ind./ Inf.   X           Case No.  04-CR-10168 PBS
                                  Same Defendant   X           New Defendant
                                  Magistrate Judge Case Number   04-817-MBB
                                  Search Warrant Case Number
                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Adam Ellard                       Juvenile:       ☐ Yes      X No

Alias Name

Address   Shepton Street, Dorchester, MA

Birthdate:  1972        SS #  9734        Sex:  Male    Race:  Caucasion        Nationalit  USA

**Defense Counsel if known:**     James J. Coviello, Esquire        Address  281 Beach Street

Bar Number                                                          Revere, MA

**U.S. Attorney Information:**

AUSA   Michael J. Pelgro; David G. Tobin            Bar Number if applicable

**Interpreter:**      ☐ Yes    X No          List language and/or dialect:

**Matter to be SEALED:**      ☐ Yes    X  No

        ☐  Warrant Requested         ☐  Regular Process      X        In Custody

**Location Status:**

Arrest Date         April 12, 2004

X  Already in Federal Custody as of          April 13, 2004          in      USMS                      .
☐  Already in State Custody at _____  ☐ Serving Sentence      ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____    on _____

**Charging Document:**       Complaint        ☐  Information        X  Indictment

**Total # of Counts:**       ☐ Petty _____   ☐ Misdemeanor _____   X Felony  3 counts

Continue on Page 2 for Entry of U.S.C. Citations

X      **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.**

Date: Dec 16, 2004      Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Adam Ellard

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2 | 21/841(a)(1) | Distribution of Cocaine Base | Two |
| Set 3 | 21/841(a)(1) & 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

ellard.js45.form.wpd - 2/7/02

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** DEA _____

**City** Boston _____    **Related Case Information:**

**County** Suffolk _____
Superseding Ind./ Inf. X _____    Case No. 04-CR-10168 PBS
Same Defendant X _____    New Defendant _____
Magistrate Judge Case Number 04-817-MBB _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name Steven Tucker _____    Juvenile [ ] Yes [X] No

Alias Name _____

Address 289 Merrimack Street, #6, Manchester, NH _____

Birth date (Year only): 1985  SSN (last 4 #): 1796 Sex M Race: Black  Nationality: USA

**Defense Counsel if known:** Matthew Feinberg, Esquire    Address: 125 Summer Street
Boston, MA

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA Michael J. Pelgro; David G. Tobin _____    Bar Number if applicable _____

Interpreter: [ ] Yes [X] No    List language and/or dialect: _____

Matter to be SEALED: [ ] Yes [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

Arrest Date: April 12, 2004 _____

[X] Already in Federal Custody as April 13, 2004 _____ in USMS _____ .
[ ] Already in State Custody _____    [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint    [ ] Information    [X] Indictment

**Total # of Counts:** [ ] Petty _____    [ ] Misdemeanor _____    [X] Felony  2 counts

**Continue on Page 2 for Entry of U.S.C. Citations**

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: Dec 16, 2004    Signature of AUSA: _____

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Steven Tucker _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | Conspiracy To Distribute Cocaine | One |
| Set 2  21/841(a)(1) and 18/2 | Distribution of Cocaine – Aiding and Abetting | Three |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

tucker.js45.form.wpd - 1/15/04 (USAO-MA)