**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|                          |     |                             |
|--------------------------|-----|-----------------------------|
| **UNITED STATES OF AMERICA** | )   |                             |
|                          | )   |                             |
| v.                       | )   | **CRIMINAL NO. 04-CR-10168-PBS** |
|                          | )   |                             |
| **STEVEN TUCKER,**       | )   |                             |
| **Defendant**            | )   |                             |

## GOVERNMENT'S MOTION TO CHANGE DATE OF SENTENCING

Now comes the United States, by its attorneys, Michael J.
Sullivan, United States Attorney, and David G. Tobin, Assistant
U.S. Attorney, and hereby moves to change the date of the
defendant's sentencing from March 2, 2005, the date on which the
defendant is scheduled to be sentenced, to another date.  In
support of its motion, the United States avers that the
undersigned attorney for the United States is unavailable on
March 2, 2005, as he will be on annual military leave at the
Army's Judge Advocate General's School in Virginia.  The
undersigned attorney for the United States is available to be
present at the plea any afternoon except February 25, 2005, and
February 28, 2005 through March 4, 2005 (vacation/military
leave), March 14, 2005 through March 18, 2005 (military leave),
and April 15, 2005 through April 22, 2005 (out-of-state
vacation).  The United States respectfully requests this

Honorable Court schedule the defendant's plea to any date that
does not conflict with the above-specified periods.

February 22, 2005          Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           United States Attorney

                      By:  */s/ David G. Tobin*
                           DAVID G. TOBIN
                           Assistant U.S. Attorney