| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 04-10168 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Steven Tucker 57 Penacook Street, Apt. #3 Manchester, NH 03104 | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Criminal, D/MA, Boston |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Patti B. Saris | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/31/06 — TO 1/30/09 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute and to Distribute Cocaine, 21 USC §846
Possession With Intent to Distribute and Distribution of Cocaine, 21 USC §841(a)(1)
Aiding and Abetting, 18 USC §2

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/27/06_   _[signed] Patti B. Saris_
Date          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Hampshire

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_April 20, 2006_   _[signed]_
Effective Date    United States District Judge